450

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**Mitchell Smaller,**

        Plaintiff(s),

vs.

**P.N. Financial, Inc.,**

        Defendant(s).

Case No.: 1:13-cv-05041

**AFFIDAVIT OF SERVICE**



*73518*

I, Jennifer I. Magida, depose and say the following:

I am a registered employee of a Private Detective Agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2-202(a).

On July 26, 2013 at 8:47 AM, I served the within Summons In A Civil Case; Complaint on P.N. FINANCIAL, INC. in the following manner:

**Corporate Service:** By leaving a copy of the Summons In A Civil Case; Complaint with Nelson Macwen, the Registered Agent for P.N. FINANCIAL, INC.

Service was effected at 7330 North Cicero Avenue, Lincolnwood, IL 60712.

Nelson Macwen is described as follows:

Sex: Male − Race: East Indian − Approximate Age: 35

Under penalties as provided by law pursuant to Section 1−109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

X _____*J Magida 7/30/13*_____
**Jennifer I. Magida**
License(s): 129−311413 & 117−001358

Metro Detective Agency, LLC
1500 East Lincoln Highway, Suite 2
DeKalb, IL 60115−3990
(815) 787−1111